1 **VALLE MAKOFF LLP**
JEFFREY B. VALLE (State Bar No. 110060)
2    jvalle@vallemakoff.com
JENNIFER LASER (State Bar No. 192700)
3    jlaser@vallemakoff.com
11911 San Vicente Blvd., Suite 324
4 Los Angeles, California 90049
Telephone:   (310) 476-0300
5 Facsimile:   (310) 476-0333

6 Attorneys for Defendants
Carlson Lynch Sweet and Kilpela LLP, Kamberlaw
7 LLC, Benjamin J. Sweet and R. Bruce Carlson

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARBOR FREIGHT TOOLS USA, INC.<br><br>Plaintiff,<br><br>v.<br><br>CARLSON LYNCH SWEET and KILPELA LLP; KAMBERLAW, LLC; BENJAMIN J. SWEET; R. BRUCE CARLSON;  and SCOTT A. KAMBER<br><br>Defendants. | Case No. 16-cv-1438-MRW<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' REPLIES IN SUPPORT OF (1) MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION, AND (2) SPECIAL MOTION TO STRIKE UNDER CALIFORNIA CODE OF CIVIL PROCEDURE § 425.16**<br><br>[Replies in Support of Motion to Dismiss and Special Motion to Strike are Filed Concurrently Herewith]<br><br>Hearing Date:   May 9, 2016<br>Time:            10:00 a.m.<br>Courtroom:       4<br><br>Complaint Filed:  March 1, 2016<br>Trial Date:       None Set |

---

REQUEST FOR JUDICIAL NOTICE. IN SUPPORT OF DEFENDANTS' REPLIES IN SUPPORT OF (1) MOTION TO DISMISS AND (2) SPECIAL MOTION TO STRIKE UNDER CCP 425.16

Defendants Carlson Lynch Sweet and Kilpela LLP, Kamberlaw LLC, Benjamin J. Sweet, and Bruce Carlson (collectively, "Defendants") hereby respectfully request that this Court take judicial notice of the contents of the "Memorandum Order of Court" issued in the case entitled *Sipe et al. v. American Casino & Entertainment Properties, LLC et al*, Lead Case Number 16cv124, currently pending in the United States District Court for the Western District of Pennsylvania. A true and correct copy of this order is hereto as <u>Exhibit 1</u>. Defendants make this Request for Judicial Notice in support of their Replies in support of (i) Motion to Dismiss the declaratory relief claim for lack of subject matter jurisdiction, and (ii) Special Motion to Strike the UCL claim under California Code of Civil Procedure Section 425.16.

This Court may properly take judicial notice of the Memorandum Order of Court in <u>Exhibit 1</u> because it was issued in a pending Federal action, the authenticity of this document is not in question, and it has direct relationship to the matters at issue in this case. *United States ex rel. Robinson Rancheria Citizens Council v. Borneo Inc.,* 971 F.2d 244, 248 (9th Cir. 1992); FED. EVID. R. 201.

Dated: April 25, 2016  **VALLE MAKOFF LLP**

By: */s/Jeffrey Valle*
 JEFFREY B. VALLE

Attorneys for Defendants Carlson Lynch Sweet and Kilpela LLP, Kamberlaw LLC and Benjamin J. Sweet and R. Bruce Carlson

1
REQUEST FOR JUDICIAL NOTICE. IN SUPPORT OF DEFENDANTS' REPLIES IN SUPPORT OF (1) MOTION TO DISMISS AND (2) SPECIAL MOTION TO STRIKE UNDER CCP 425.16